IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DONALD D. WILLIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. **3:10-CV-2450-L** |
| v. | § | |
| | § | |
| **CHASE HOME FINANCE, L.L.C.** | § | |
| and **AMERIQUEST MORTGAGE CO.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed December 13, 2010. Plaintiff did not file objections.

Plaintiff Donald D. Willis ("Plaintiff") is proceeding *pro se* and *in forma pauperis*. He filed this action based upon alleged discriminatory lending practices during the loan process for his mortgage. The magistrate judge recommends transferring Plaintiff's case to the Fort Worth Division of the Northern District of Texas. Plaintiff's mortgage is for a home located in Fort Worth, Texas, which is located in Tarrant County. Tarrant County is located in the Northern District of Texas, Fort Worth Division. 28 U.S.C. § 124(a)(2). The incidents of which Plaintiff's claims arise occurred in Tarrant County within the Fort Worth Division of the Northern District of Texas, making the Fort Worth Division of the Northern District of Texas a more convenient forum.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. Accordingly, the court *sua sponte* **transfers** Plaintiff's claims to the Fort Worth Division of the Northern District of Texas.

**It is so ordered** this 30th day of December, 2010.

_____
Sam A. Lindsay
United States District Judge